MISSIG, APPELLANT, *v*. CITY OF CLEVELAND CIVIL SERVICE
COMMISSION ET AL., APPELLEES.
[Cite as *Missig v. Cleveland Civ. Serv. Comm.,*
123 Ohio St.3d 239, 2009-Ohio-5256.]

*Discretionary appeal accepted, court of appeals' judgment reversed on the authority of Lima v. State, and cause remanded to apply Lima v. State.*

(No. 2009-0790 — Submitted September 1, 2009 — Decided October 6, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91699,
2009-Ohio-966.

_____

{¶ 1}   The discretionary appeal is accepted.

{¶ 2}   The judgment of the court of appeals is reversed on the authority of *Lima v. State*, 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616, and the cause is remanded to the court of appeals to apply *Lima v. State*.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Joseph W. Diemert Jr. & Associates Co., L.P.A., Joseph W. Diemert Jr., Thomas M. Hanculak, and Daniel A. Powell, for appellant.

_____